NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STICKY HOLSTERS, INC., and　　　　)
MICHAEL J. CHRISTOFF,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioners,　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-47
　　　　　　　　　　　　　　　　　)
ALBERT J. WAGNER,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　　　)
_____ )

Opinion filed June 15, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Collier County; James
R. Shenko, Judge.

Kevin L. Dees of Older Lundy & Alvarez,
Tampa, for Petitioners.

Joseph A. Davidow of Willis & Davidow,
LLC, Naples, for Respondent.


PER CURIAM.


　　　　　　　Dismissed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.